**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 07-7042**

───────────

DOUGLAS ALAN JARVIS,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE; HARRELL
WATTS, Administrator, National Inmate Appeals;
KIMBERLY M. WHITE, Regional Director Mid-
Atlantic Region; FEDERAL BUREAU OF PRISON;
FEDERAL CORRECTIONAL INSTITUTION - PETERSBURG;
VANESSA P. ADAMS, Warden; JOSEPH M. BROOKS,
Warden; KAREN F. HOGSTEN, Assistant Warden;
WALTER VEREEN, Captain; STEVEN DESROCHERS,
Lieutenant; WADE MORE, Case Management
Coordinator; PATRICK SIMON, Inmate System
Management; DEBORAH GONZALEZ-KOZEN, Unit
Manager; RODNEY WYRICK, Unit Manager; SAM
BANKS, Case Manager; ANTHONY HARDING, Case
Manager; MILTON M. SPEIGHTS, Counselor; JOHN
DOES,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Raymond A. Jackson, District
Judge. (2:07-cv-00168-RAJ)

───────────

Submitted: October 18, 2007          Decided: October 26, 2007

───────────

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

Douglas Alan Jarvis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas Alan Jarvis appeals the district court's orders dismissing his civil complaint for failure to state a claim, denying his motion for reconsideration of the dismissal of his complaint, and denying his motion for leave to file a second amended complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jarvis v. U.S. Dep't of Justice, No. 2:07-cv-00168-RAJ (E.D. Va. May 25, 2007; June 21, 2007 & July 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED